UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
THE PENNSYLVANIA AVENUE FUNDS,           : Civil Action No. 08-cv-6857
Individually and on Behalf of All Others :
Similarly Situated,                      : RULE 7.1 STATEMENT
                                         :
             Plaintiff,                  :
                                         :
    vs.                                  :
                                         :
INYX INC., JACK KACHKAR, STEVEN          :
HANDLEY, RIMA GOLDSCHMIDT,               :
DAVID ZINN and BERKOVITS, LAGO &         :
COMPANY LLP,                             :
                                         :
             Defendants.                 :
------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

DATED: July 31, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN


    /s/ Samuel H. Rudman
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367.7100
631/367.1173 (fax)

Attorneys for Plaintiff