# Exhibit 3



# Jonathan Marc Davidoff, Esq.
## Davidoff Law Firm, P.L.L.C.
Admitted in: Florida, Massachusetts, New York, Tax Court and The United States Supreme Court.

Of Counsel:
Aaron Resnick, Esq. (admitted in Florida)
Derek Schwartz, Esq. (admitted in Florida)

28 April 2010

via US Mail and FAX (212)805-7949
Honorable P. Kevin Castel
United States District Court
Southern District of New York
United Sattes Courthouse
500 Pearl Street
Room 2260
New York, New York 10005

Re:  The Pennsylvania Avenue Funds v. Inyx, Inc., et al
     Case #08-cv-6857

Dear Judge Castel:

Please be advised that the Davidoff Law Firm, PLLC (specifically myself) has been engaged by Inyx, Inc., Jay Green, Jack Kachkar, and Rima Goldshmidt. A retainer agreement has been executed by the clients and the initial payment has been received.

I understand that there have been some issues with prior counsel who represented our clients in the past. I am hopeful that such does not occur in our representation of the parties. With that said, I have reviewed the correspondence with the Court, specifically regarding the representation of our clients. I can understand the frustration the Court has with this matter, and thus, I am trying to rectify these issues. Therefore, I request the Court's indulgence and permit the Firm and myself to obtain and review the file and evaluate our clients' position in this matter. I request a three week stay of all proceedings in this matter to allow us to review and evaluate the case. After such time, our clients will be prepared to move forward with this matter, or in the alternative agree to enter into mediation with the Plaintiffs. In either instance, our clients will have filed an Answer by such time and substantially complied with any other obligations that they have.

I have spoken with David Brower, Esq., attorney for the Plaintiffs in the instant matter. During my discussion with Mr. Brower, it was expressed to me that the Plaintiffs would need additional time for discovery in this case. Therefore, I would request that this Court readdress the discovery schedule after the three week stay, so that you can re-evaluate the dates based on whether the parties decide to move forward with discovery or mediation.

105 Duane Street
Suite 21-D
New York, New York 10007
Tel: 212-386-7602
Fax: 212-658-9852
Jonathan@DavidoffLawFirm.com

235 Lincoln Road
Suite 310
Miami Beach, Florida 33139
Tel: 305-672-7494
Fax: 305-718-0647
www.DavidoffLawFirm.com

Thank you in advance for your time and consideration in this matter. I am available to discuss this matter with the Court and opposing counsel, if the Court requests a telephone conference to address any of the outstanding matters. I am available at 212-587-5971. Please note, my New York address has changed to 60 East 42nd Street, suite 2231, New York, New York 10165.

Very Truly Yours,

Jonathan Marc Davidoff, Esq.

cc:  David Brower, Esq. (via Email)
      Clients (via Email)
      Howard Koh, Esq.
      John Eickemeyer, Esq.