# Exhibit 5

Admitted in:  Florida, New York, Massachusetts, Tax Court, United States Supreme Court.

_____
_____
_____
This message is intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately at 212-587-5971.
Thank You.

_____
_____
_____



-----Original Message-----
From: "David A.P. Brower" <brower@browerpiven.com>
Date: Wed, 12 May 2010 09:38:12
To: <jonathan@davidofflawfirm.com>
Cc: Caitlin M. Moyna<moyna@browerpiven.com>
Subject: Re: Inyx - answer

Dear Jonathan:

You had told me over two weeks ago that your clients were gathering the responsive documents. Now you indicate that you have not seen the request for production of documents, which indicates to me that those documents are not being gathered even though your clients are in extreme default on their discovery obligations. This is a matter of deep concern to Plaintiff and we wish to meet and confer on the issue as soon as possible.

Very truly yours,

 David Brower

----- Original Message -----
From: Jonathan Davidoff <jonathan@davidofflawfirm.com>
To: David A.P. Brower
Sent: Wed May 12 09:27:52 2010
Subject: RE: Inyx - answer

Please forward me your requests for production and other demands.
I have nothing from prior counsel.

Jonathan Marc Davidoff, Esq.

```
-----Original Message-----
From: "David A.P. Brower" <brower@browerpiven.com>
Date: Wed, 12 May 2010 10:15:19
To: <jonathan@davidofflawfirm.com>
Cc: Caitlin M. Moyna<moyna@browerpiven.com>
Subject: Re: Inyx - answer
```

Dear Jon:

With all due respect, I have repeatedly discussed the Fed. R. Civ. P. 34 document request with you, including but not limited to informing you of Plaintiff's position that your clients' disregard of the document request resulted in a waiver of any objections they might have wished to assert and that we wanted the documents immediately. It was in that context you informed me that your clients were gathering the documents. Plaintiff's position with regard to your clients' default on responding to the document request was also repeated in several letters to the Court that I know you received. Your indication of ignorance below regarding the document request and your clients' continuing failure to comply with their discovery obligations is, at best, surprising at this late date.

Suffice it to say that, given it appears you have not even begun to address the document request, that your clients are in default of their obligations under that request, and that the Court apparently will not grant relief from the current discovery schedule, we will have to move to compel and seek all other appropriate relief to protect the interests of the class.

I can be reached this afternoon at my office. Please call at your convenience as it appears you are traveling.

Very truly yours,

David Brower

```
----- Original Message -----
From: Jonathan Davidoff <jonathan@davidofflawfirm.com>
To: David A.P. Brower
Cc: Caitlin M. Moyna
Sent: Wed May 12 09:39:29 2010
Subject: Re: Inyx - answer
```

This is not true.  The only items we discussed were the answer and disclosure.  I said I was reviewing the documents I had, which were the pleadings!
Jonathan Marc Davidoff, Esq.
Attorney at Law

```
PLEASE NOTE THE NEW ADDRESSES BELOW
New York Location                    Miami Location
60 East 42nd Street                  235 Lincoln Road
Suite 2231                              Suite 310
New York, NY  10165                  Miami Beach, FL  33139
Tel:  212-587-5971                   Tel:  305-673-5933
Fax:  212-658-9852                   Fax:  305-718-0647
Email:  Jonathan@DavidoffLawFirm.com
Website:  www.DavidoffLawFirm.com
```

```
-----Original Message-----
From: Jonathan Davidoff [mailto:jonathan@davidofflawfirm.com]
Sent: Wednesday, May 12, 2010 10:48 AM
To: David A.P. Brower
Cc: Caitlin M. Moyna
Subject: Re: Inyx - answer
```

David,

Not much to talk about based on the latest email.

Prior counsel has most of the documents that my clients had and they have not turned them over to them.  I will be making a formal request.  In the interim, my clients are putting together what they have.  Also, most of the documents that are relevant to this case are part of discovery in the PR case.

Jonathan Marc Davidoff, Esq.
Attorney at Law

PLEASE NOTE THE NEW ADDRESSES BELOW

| New York Location | Miami Location |
|---|---|
| 60 East 42nd Street | 235 Lincoln Road |
| Suite 2231 | Suite 310 |
| New York, NY  10165 | Miami Beach, FL  33139 |
| Tel:  212-587-5971 | Tel:  305-673-5933 |
| Fax:  212-658-9852 | Fax:  305-718-0647 |

Email:  Jonathan@DavidoffLawFirm.com
Website:  www.DavidoffLawFirm.com

Admitted in:  Florida, New York, Massachusetts, Tax Court, United States Supreme Court.

This message is intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately at 212-587-5971. Thank You.

Attorney at Law

PLEASE NOTE THE NEW ADDRESSES BELOW
New York Location                Miami Location
60 East 42nd Street              235 Lincoln Road
Suite 2231                       Suite 310
New York, NY  10165              Miami Beach, FL  33139
Tel:  212-587-5971               Tel:  305-673-5933
Fax:  212-658-9852               Fax:  305-718-0647
Email:  Jonathan@DavidoffLawFirm.com
Website:  www.DavidoffLawFirm.com

Admitted in:  Florida, New York, Massachusetts, Tax Court, United States Supreme Court.

_____
_____
_____
This message is intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL.

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately at 212-587-5971.
Thank You.
_____
_____
_____


-----Original Message-----
From: David A.P. Brower [mailto:brower@browerpiven.com]
Sent: Wednesday, May 12, 2010 9:29 AM
To: jonathan@davidofflawfirm.com
Subject: Re: Inyx - answer

And the Rule 26 Disclosures and documents responsive to the first request for production of documents?

----- Original Message -----
From: Jonathan Davidoff <jonathan@davidofflawfirm.com>
To: David A.P. Brower
Cc: 'Jonathan Davidoff' <jonathan@davidofflawfirm.com>
Sent: Wed May 12 07:57:09 2010
Subject: Inyx - answer

David,