# Exhibit 6



# Jonathan Marc Davidoff, Esq.
## Davidoff Law Firm, P.L.L.C.

Admitted in: Florida, Massachusetts, New York, Tax Court and The United States Supreme Court.

19 May 2010

via US Mail and Email (karlinsky@butzel.com)
Martin Edward Karlinsky, Esq.
Butzel Long, PC
380 Madison Ave.
22nd Floor
New York, New York  10017

and

via US Mail and Email (sendek@butzel.com)
Bruce Sendek, Esq.
Butzel Long, PC
150 West Jefferson Ave.
Suite 100
Detroit, Michigan  48226

and

via US Mail and Email (haffey@butzel.com)
Cynthia Haffey, Esq.
Butzel Long, PC
150 West Jefferson Ave.
Suite 100
Detroit, Michigan  48226

   Re: Pennsylvania Avenue Funds v. Inyx, Inc., et al.

Counselors:

Please be advised that this firm has been retained by Inyx, Inc., Jack Kachkar, Jay Green, and Rima Goldshmidt in regard to the Pennsylvania Avenue Funds (lead plaintiff David Lenington) matter.  I am writing to you regarding the file that your firm has maintained in this and related actions and our clients' documents that your firm has retained and refused to return to our clients.

60 East 42nd Street
Suite 2231
New York, New York 10165
Tel:  212-587-5971
Fax:  212-658-9852
Jonathan@DavidoffLawFirm.com

235 Lincoln Road
Suite 310
Miami Beach, Florida 33139
Tel:  305-673-5933
Fax:  305-718-0647
www.DavidoffLawFirm.com

As you know, our clients are required to participate in Discovery in the above named matter. I have been advised that you have in your possession our clients' file and the documents that they are required to provide through Discovery to the Plaintiff. Therefore, I am requesting that you immediately provide copies of your entire file relating to this matter and all the documents that your firm possesses that are related to this action. Furthermore, I have been advised by Plaintiff's counsel that you agreed to retain these documents during the pendency of the motion to dismiss, and agreed to release such documents if the motion to dismiss was denied as to our clients. Thus, since the motion to dismiss was denied as it applied to our clients, we now demand that you comply with your obligations and release the documents so they can be provided in Discovery. Unfortunately, your firm has refused to comply with its obligations, and it continues to exert control over the file and documents.

I have been provided email correspondence between Mr. Kachkar and your Firm that indicates your Firm's refusal to provide the file and documents to our clients, which are needed for our clients' defense of the pending claims against them in the New York and Puerto Rico actions. As you know, you and your Firm are obligated to provide our clients with any and all documents that are needed for their defense. I encourage you to read New York State Bar Association Committee on Professional Ethics Opinion 591, which categorically states that an attorney may not retain a client's file and papers if there is potential immediate harm to the client if such papers are not returned to the client. Furthermore, a retaining lien may only be asserted if the attorney or firm complies with the required fee dispute procedures that are available for such circumstances.

Our clients' position is that your firm has failed to comply with the necessary fee dispute procedures that were established in the First Department. Furthermore, our clients will incur immediate harm if the file and papers are not immediately returned to them, as the Court may impose sanctions for their failure to comply with their Discovery obligations, which could include having their Answer stricken. Thus, I am hopeful you can see why it is imperative for you to deliver copies of our clients' file and papers immediately, and you forward such to my attention no later than May 28, 2010.

Thank you in advance for your prompt attention and cooperation with this matter. Should you have any questions, please do not hesitate to call me at (212)587-5971.

Very Truly Yours,

Jonathan Marc Davidoff, Esq.

cc:    clients